# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LEROY HALL MCCOY,

    Plaintiff,

vs.

ASHLEY FERCH, et al.,

    Defendants.

2:18-cv-00956-MMD-CWH

**ORDER**

Plaintiff Leroy Hall McCoy, who is incarcerated at the Clark County Detention Center, submitted initiating documents to the court on May 24, 2018, which include an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1.) Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed *in forma pauperis* must complete an application to proceed *in forma pauperis* and attach (1) an inmate account statement for the past six months, and (2) a properly executed financial certificate. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.

Here, plaintiff's application to proceed *in forma pauperis* is incomplete. The financial certificate, which is on page 4, has not been completed by an authorized officer of the Clark County Detention Center. Additionally, plaintiff did not submit an inmate account statement for the past six months and a properly executed financial certificate. The court therefore will deny plaintiff's application to proceed *in forma pauperis* without prejudice. Plaintiff must properly complete his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action.

If plaintiff chooses to file a new application to proceed *in forma pauperis*, then plaintiff must file a complete application including all of the documents referenced in this Order. Plaintiff is advised that if he has been incarcerated at the Clark County Detention Center for fewer than six months, then he must submit an inmate account statement for the period he has been incarcerated.

IT IS THEREFORE ORDERED that plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court must send plaintiff a blank application to proceed *in forma pauperis* by an inmate as well as the document titled "Information and Instructions for Filing a Motion for Leave to Proceed *In Forma Pauperis*."

IT IS FURTHER ORDERED that by June 29, 2018, plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, or (2) pay the full $400 fee for filing a civil action, which includes the $350 filing fee and the $50 administrative fee.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.

Dated: June 1, 2018

_____
C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE