**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LEROY HALL MCCOY,<br><br>        Plaintiff,<br><br>    v.<br><br>ASHLEY FERCH, et al.,<br><br>        Defendants. | Case No. 2:18-cv-00956-MMD-CWH<br><br>**REPORT AND RECOMMENDATION** |

On January 16, 2019, the court entered an order granting plaintiff Leroy Hall McCoy's application to proceed *in forma pauperis* and dismissing the complaint with leave to amend. (Order (ECF No. 9).) The court ordered plaintiff to file an amended complaint by February 15, 2019. (*Id.*) The court advised plaintiff that failure to comply with the order will result in a recommendation that the case be dismissed. (*Id.*) To date, plaintiff has not filed an amended complaint. Thus, it appears plaintiff has abandoned this case.

IT IS THEREFORE RECOMMENDED that plaintiff's case be DISMISSED without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: April 11, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE